**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
D.M., individually and on behalf of M.M., a child with a disability,

                      Plaintiffs,

    -against-                                      19 **CIVIL** 1477 (ER)

                                                          **<u>JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2021, Plaintiff's motion for entry of judgment is GRANTED but Plaintiffs' motion for attorneys' fees under § 5003-a is DENIED. Judgment is entered in the amount of $28,500, together with interest at the rate of 9% per annum, from the date of July 30, 2020 to January 19, 2021, in the amount of $1,215.74, as well as for $9.45 in costs.

**Dated:**  New York, New York

       September 28, 2021

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                  **BY:**     *K. Mango*

                                                          **Deputy Clerk**